# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial)<br><br>gal, George Z. | 2. Court or Organization<br><br>U.S. District Court - Maine | 3. Date of Report<br><br>05/14/2000 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (nominee) | 5. Report Type (check type)<br><br>X Nomination, Date ___/___/___<br><br>___ Initial   ___ Annual   ___ Final | 6. Reporting Period<br><br>01/01/1999<br>to<br>05/14/2000 |
| 7. Chambers or Office Address<br><br>23 Water Street Suite 400<br><br>Bangor Maine 04401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Partner | Gross, Minsky, Mogul and Singal, P.A. |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 04/01/00 | Gross, Minsky, Mogul and Singal P.A. severance agreement payable over five years, if confirmed. |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1998 | Gross, Minsky, Mogul and Singal P.A. | $ 242,869 |
| 2 | 1999 | Gross, Minsky, Mogul and Singal P.A. | $ 282,212 |
| 3 | 1998 | Community Health and Counseling Services | |
| 4 | 1999 | Community Health and Counseling Services | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | [ ] NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | [ ] NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | [ ] NONE (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page · 1 INVESTMENTS and TRUSTS— income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Amgen Inc. Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 2 Cisco Systems Common Stock | A | Dividend | L | T | | | | | |
| 3 Coca Cola Company Common Stock | A | Dividend | K | T | | | | | |
| 4 Exxon Mobil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5 Immunex Corp. Common Stock | A | Dividend | L | T | | | | | |
| 6 Intel Corp. Common Stock | A | Dividend | K | T | | | | | |
| 7 Nextel Corp. Common Stock | A | Dividend | K | T | | | | | |
| 8 Oracle Corp. Common Stock | A | Dividend | K | T | | | | | |
| 9 American Funds Small Cap Fund | A | Dividend | K | T | | | | | |
| 10 Franklin Small Cap Fund | A | Dividend | K | T | | | | | |
| 11 Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 12 U.S. Treasury Note | A | Interest | K | T | | | | | |
| 13 American Express Common Stock | A | Dividend | K | T | | | | | |
| 14 American International Group Common Stock | A | Dividend | K | T | | | | | |
| 15 AOL Common Stock | A | Dividend | K | T | | | | | |
| 16 Applied Materials Common Stock | A | Dividend | K | T | | | | | |
| 17 AT & T Common Stock | A | Dividend | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Boeing Co. Common Stock | A | Dividend | K | T | EXEMPT | | | | |
| 19 Bristol Myers Squibb Common Stock | A | Dividend | K | T | | | | | |
| 20 Elan Corp. Common Stock | A | Dividend | K | T | | | | | |
| 21 Fleet Boston Corp. Common Stock | A | Dividend | J | T | | | | | |
| 22 General Electric Co. Common Stock | A | Dividend | L | T | | | | | |
| 23 Gillette Co. Common Stock | A | Dividend | K | T | | | | | |
| 24 Hershey Foods Corp. Common Stock | A | Dividend | J | T | | | | | |
| 25 IBM Common Stock | A | Dividend | K | T | | | | | |
| 26 IRIS Common Stock | A | Dividend | J | T | | | | | |
| 27 Lucent Corp. Common Stock | A | Dividend | L | T | | | | | |
| 28 Merck Corp. Common Stock | A | Dividend | K | T | | | | | |
| 29 Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 30 Monsanto Corp. Common Stock | A | Dividend | K | T | | | | | |
| 31 Pepsico Inc. Common Stock | A | Dividend | K | T | | | | | |
| 32 Procter and Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 33 Solutia Inc. Common Stock | A | Dividend | J | T | | | | | |
| 34 Sun Microsystems Inc. Common Stock | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

1 Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions    (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  Time Warner Inc. Common Stock | A | Dividend | K | T | EXEMPT | | | | |
| 36  Vodafone ADR Common Stock | A | Dividend | K | T | | | | | |
| 37  Walmart Inc. | A | Dividend | K | T | | | | | |
| 38  Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |
| 39  Warner Lambert Co. Common Stock | A | Dividend | K | T | | | | | |
| 40  RMA Tax Free Fund | A | Interest | J | T | | | | | |
| 41  Maine State Housing Bond | A | Interest | K | T | | | | | |
| 42  Auburn Maine Bond | A | Interest | K | T | | | | | |
| 43  Maine Health Bond | A | Interest | K | T | | | | | |
| 44  Maine Health Bond | A | Interest | J | T | | | | | |
| 45  Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 46  Paine Webber Tax Free Fund | A | Interest | J | U | | | | | |
| 47  E-Globe Inc. Common Stock | A | Dividend | J | T | | | | | |
| 48  Qualcomm Inc. Common Stock | A | Dividend | J | T | | | | | |
| 49  Vanguard Whole Market Fund IRA | B | Dividend | M | T | | | | | |
| 50  Vanguard S & P Fund | A | Dividend | J | T | | | | | |
| 51  Magellan Fund | A | Dividend | K | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Dreyfus Premier Third Century Fund | A | Dividend | L | T | EXEMPT | | | | |
| 53 Janus Fund | A | Dividend | K | T | | | | | |
| 54 Gross, Minsky, Mogul and Singal P.A. Pension Plan | D | Dividend | O | T | | | | | |
| 55 GMM and S Office Equipment Partnership | A | Dividend | J | W | | | | | |
| 56 Blue Hill Terrace Real Estate Partnership | A | Dividend | J | W | | | | | |
| 57 Woodland Manor | A | Dividend | J | W | | | | | |
| 58 Club Minyan Investment Club | A | Dividend | K | T | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

1 Inc/Gain Codes: (Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Codes: (Col. C1, D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: (Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Singal, George Z. | 05/14/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Singal, George Z. | 05/14/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _George Singal_     Date _5/14/00_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

## FINANCIAL STATEMENT: NET WORTH

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 59,000 | Notes payable to banks - secured | none |
| U.S. Government securities-add schedule | 50,000 | Notes payable to banks - unsecured | none |
| Listed securities - add schedule | 1,475,103 | Notes payable to relatives | none |
| Unlisted securities - add schedule | 9,400 | Notes payable to others | none |
| Accounts and notes receivable | none | Accounts and bills due | 2,000 |
| Due from relatives and friends | | Unpaid income tax | none |
| Due from others | | Other unpaid tax and interest | none |
| Doubtful | | Real estate mortgages payable - add schedule | 11,000 |
| Real Estate Owned - add schedule | 260,000 | Chattel mortgages and other liens payable | none |
| Real Estate Mortgages receivable | none | Other debts - itemize | none |
| Autos and other personal property | | | |
| Cash value - Life Insurance | none | | |
| Other assets - itemize | | | |
| Money Funds | 127,000 | | |
| Mutual Funds | 138,999 | | |
| Municipal Bonds and notes | 69,281 | Total liabilities | 13,000 |
| Unit Investment Trusts | none | Net Worth | 3,635,214 |
| Pension, IRA and 401(k) Plans | 1,459,531 | | |
| Total Assets | 3,648,214 | Total liabilities and net worth | 3,648,214 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | none | Are any assets pledged? (Add schedule) | yes |
| On leases or contracts | none | Are you a defendant in any suits or legal actions? | no |
| Legal Claims | none | Have you ever taken bankruptcy? | no |
| Provision for Federal Income Tax | none | | |
| Other Special Debt | none | | |

## ATTACHMENT TO NET WORTH STATEMENT

| Type of Security | Description | Value |
|---|---|---|
| United States Government Securities | U.S. Treasury Note due 10/15/2006 | $50,000.00 |
| Listed Securities | Merrill Merchants Bank | $6,100.00 |
| | Whitman Corporation | $300.00 |
| | Magellan Fund | $62,000.00 |
| | Amgen Inc. | $62,200.00 |
| | Cisco Systems Inc. | $124,790.00 |
| | Coca Cola Company | $18,900.00 |
| | Exxon Mobil Corporation | $21,441.00 |
| | Oracle Corporation | $47,975.00 |
| | American Funds Small Capital Fund | $21,280.00 |
| | Franklin Small Cap Growth Fund | $21,580.00 |
| | Franklin Templeton Foreign Fund | $39,300.00 |
| | RMA Tax Free Fund | $15,500.00 |
| | America Online Inc. | $48,000.00 |
| | American Express Company | $29,900.00 |
| | Applied Materials | $61,000.00 |
| | American International Group | $27,400.00 |
| | AT & T Corporation | $29,500.00 |
| | Boeing | $24,000.00 |
| | Bristol Myers Squibb Company | $21,000.00 |
| | E-globe Inc. | $525.00 |
| | Elan Corporation | $17,400.00 |
| | Fleet Financial Group | $12,660.00 |
| | General Electric Company | $64,600.00 |
| | Gillette Company | $26,085.00 |
| | Hersey Foods Corporation | $9,100.00 |
| | Immunex Corporation | $47,250.00 |
| | Intel Corporation | $50,725.00 |
| | International Remote Imaging Systems Inc. | $162.00 |
| | International Business Machines | $22,300.00 |
| | Lucent Technologies Inc. | $68,100.00 |
| | Pharmacia Corp. | $24,900.00 |
| | Motorola Inc | $23,800.00 |
| | Merck and Co. | $27,900.00 |
| | Microsoft | $56,000.00 |
| | Nextel Communications | $32,830.00 |
| | Pepsico Inc. | $22,600.00 |